# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK KIMBALL,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, and EMILIO CASTILLERO,<br><br>                Defendants. | Case No. 24-cv-0682-BAS-VET<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT (ECF No. 5)** |

Under Federal Rule of Civil Procedure ("Rule") 15(a) a plaintiff may amend a pleading once as a matter of right before the defendant serves any responsive pleading. In the Ninth Circuit, a motion to dismiss is not considered a responsive pleading. *Doe v. United States*, 58 F.3d 494, 497 (9th Cir. 1995) ("[A] motion to dismiss is not a 'responsive pleading' within the meaning of [Rule 15(a)]."). Here, Defendant filed a motion to dismiss (ECF No. 5), and subsequently Plaintiff filed a First Amended Complaint (ECF No. 6). Because Plaintiff filed his amended pleading before either defendant served any responsive pleading, Defendants' motion to dismiss is hereby **DENIED** as moot. (ECF No. 5.) Plaintiff's First Amended Complaint now serves as the operative complaint in this case.

      **IT IS SO ORDERED.**

**DATED: June 10, 2024**

Hon. Cynthia Bashant
United States District Judge