| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ZACK KIMBALL, an individual, | Case No.: 3:24-cv-00682-BAS-VET |
| 12 | Plaintiff, | |
| 13 | v. | **ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |
| 14 | COUNTY OF SAN DIEGO; and EMILIO CASTILLERO (SH0617), | |
| 15 | | |
| 16 | Defendants. | **[Doc. No. 11]** |

Before the Court is the parties' Joint Motion to Continue the ENE Conference and Case Management Conference ("Joint Motion"). Doc. No. 11. Therein, the parties request that the Court continue the Early Neutral Evaluation and Case Management Conference ("ENE/CMC") set for August 14, 2024 by one week. *Id.* at 1. The continuance is necessary because Plaintiff's counsel will begin trial in another matter on August 13, 2024. *Id.* at 2.

The Court's Notice and Order setting the ENE/CMC requires that a party seeking to continue the ENE based on pre-existing conflicts make the request within ten days of the order being issued. *See* Doc. No. 9 at 6. Moreover, requests for a continuance "must be made as soon as counsel is aware of the circumstances that warrant rescheduling[.]" *Id.* The parties here fail to identify when Plaintiff's counsel became aware that a conflicting

trial would commence on August 13, 2024. The docket in *Moller v. County of San Bernandino, et al.*, however, confirms that the court in that case set the August 13, 2024 trial date as early as May 20, 2024. *See Moller*, No. 5:22-cv-01306-DSF-MSR (C.D. Cal. May 20, 2024), Doc. No. 211. Thus, it appears the parties failed to follow the Court's mandatory instructions regarding continuances for an ENE/CMC.

Given the parties' belated request, the Court's calendar cannot accommodate an ENE/CMC on August 21, 2024 or even shortly thereafter. The Court **GRANTS** the Joint Motion to ensure all counsel are present at the ENE/CMC but advises the parties that **no further continuances will be granted absent extraordinary circumstances**. The Court **ORDERS** the following:

1. The ENE/CMC is hereby **CONTINUED** to **October 3, 2024** at **9:30 a.m.** before Magistrate Judge Valerie E. Torres.

2. The parties are not required to resubmit their confidential settlement briefs, participant lists, and the joint discovery plan, but may supplement as necessary and appropriate by **September 26, 2024**.

3. All other requirements set forth in the Notice and Order Setting the ENE/CMC (Doc. No. 9) remain in effect.

**IT IS SO ORDERED.**

Dated: August 9, 2024

Honorable Valerie E. Torres
United States Magistrate Judge