# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK KIMBALL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, and EMILIO CASTILLERO,<br><br>　　　　　　　Defendants. | Case No. 24-cv-0682-BAS-VET<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br>**(ECF No. 15)** |

Presently before the Court is the parties' joint motion to grant Plaintiff leave to file a Second Amended Complaint. (ECF No. 15.)

"In general, a court should liberally allow a party to amend its pleading." *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so requires.'"). Further, a party may amend its pleading without a court order where the opposing party consents in writing. Fed. R. Civ. P. 15(a)(2).

Here, considering (i) the broad policy favoring amendments to pleadings and (ii) the parties' joint motion, which indicates Defendants' consent to the amendment, the Court **GRANTS** the joint motion for leave to file a Second Amended Complaint. (ECF No. 15.) Plaintiff shall file his Second Amended Complaint on or before **October 25, 2024**.

1  Defendants shall file responsive pleadings on or before **November 15, 2024**.

2         IT IS SO ORDERED.

4  DATED: October 21, 2024

Hon. Cynthia Bashant
United States District Judge