# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK KIMBALL, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and EMILIO CASTILLERO (SH0617),<br><br>                Defendants. | Case No.: 3:24-cv-00682-BAS-VET<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S ORAL MOTION TO COMPEL AND SETTING DISCOVERY DEADLINES**<br><br>[Doc. No. 23] |

      Before the Court is Plaintiff's oral motion to compel responses to certain discovery requests. Doc. No. 23. The parties contacted the Court regarding a dispute raised by Plaintiff concerning Defendants' responses to certain special interrogatories and requests for production of documents. *See* Doc. No. 21. Plaintiff lodged with the Court two (2) sets of interrogatory responses and one (1) set of responses to requests for production ("RFPs"), highlighting for the Court the responses at issue. On November 18, 2024, the Court held a Discovery Conference regarding the purportedly deficient discovery responses. *See* Doc. No. 22. During the Discovery Conference, the Court heard argument from the parties concerning the responses at issue and addressed objections raised by Defendants.

      Based on a review of the responses at issue, and following consultation with the parties, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's oral motion to compel.

However, for the reasons articulated on the record, and based on compromises reached by the parties during the Discovery Conference, the parties shall conduct additional meet and confer efforts and amend certain discovery requests and responses, as specified on the record. After these efforts are complete, the Court will address any remaining discovery dispute(s) regarding the discovery responses at issue at a subsequent Discovery Conference. Accordingly, the Court **ORDERS** the following:

1. As to those interrogatories or RFPs requiring amendment, as specified on the record during the Discovery Conference, Plaintiff must serve those amended interrogatories and/or RFPs by no later than **November 22, 2024**.

2. As to those discovery responses requiring amendment, as specified on the record during the Discovery Conference, Defendants must serve Plaintiff with those amended responses by no later than **December 10, 2024**.

3. The parties must meet and confer further regarding those discovery requests still at issue, as detailed on the record during the Discovery Conference.

4. The Court **SETS** a Discovery Conference for **December 20, 2024** at **2:00 p.m.** before Magistrate Judge Valerie E. Torres. The Court will provide video conference information two business days prior to the Discovery Conference.

**IT IS SO ORDERED.**

Dated: November 19, 2024

Honorable Valerie E. Torres
United States Magistrate Judge