# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK KIMBALL, an individual,<br><br>                 Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and EMILIO CASTILLERO (SH0617),<br><br>                 Defendants. | Case No.: 3:24-cv-00682-BAS-VET<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S ORAL MOTION TO COMPEL AND SETTING DISCOVERY DEADLINES**<br><br>[Doc. No. 29] |

On November 18, 2024, the Court held an initial Discovery Conference regarding Defendants' purportedly deficient responses to certain special interrogatories and requests for production of documents. *See* Doc. No. 22. In preparation for same, the Court reviewed the discovery responses at issue. During this initial Discovery Conference, the Court heard argument from the parties concerning the responses at issue. The Court subsequently denied Plaintiff's oral motion to compel, without prejudice, ordered the parties to conduct additional meet and confer efforts, and set a follow-on Discovery Conference for December 20, 2024. *See* Doc. No. 24. During the December 20 Discovery Conference, Plaintiff renewed his request to compel, arguing that Defendants' responses were still deficient in certain respects. Before the Court is Plaintiff's oral motion to compel responses to certain discovery requests. Doc. No. 29.

Based on a review of the responses at issue, and following consultation with the parties, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's oral motion to compel. However, for the reasons articulated on the record, and based on compromises reached by the parties during the December 20 Discovery Conference, the parties shall conduct additional meet and confer efforts and amend certain discovery requests and responses, as specified on the record. Accordingly, the Court **ORDERS** the following:

1. As to those incident reports and traffic stop documents currently withheld from production, as specified on the record during the December 20 Discovery Conference, Defendant County of San Diego (the "County") must produce those incident reports and traffic stop documents, with redactions as necessary to protect personally identifiable information, no later than **January 10, 2025**.

2. As to those discovery responses requiring amendment, as specified on the record during the December 20 Discovery Conference, the County must serve Plaintiff with amended responses by no later than **January 31, 2025**.

3. As detailed on the record during the December 20 Discovery Conference, the parties shall meet and confer further regarding Defendant Castillero's responses to Plaintiff's Special Interrogatories Nos. 10, 15, 16, 17 and 18.

4. If any discovery requests remain at issue following service of Defendants' amended responses and supplemental production, Plaintiff shall raise the dispute with the Court in accordance with the undersigned's Civil Chambers Rules.

**IT IS SO ORDERED.**

Dated: January 6, 2025

Honorable Valerie E. Torres
United States Magistrate Judge